**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| VIVIANA JAMAL NIJMEH, | No. 11-73222 |
| Petitioner, | Agency No. A096-759-057 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM* |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted November 13, 2012**

Before:     CANBY, TROTT, and W. FLETCHER, Circuit Judges.

Viviana Jamal Nijmeh, a native and citizen of Chile and a citizen of Jordan,

petitions pro se for review of the Board of Immigration Appeals' order dismissing

her appeal from an immigration judge's removal order.  Our jurisdiction is

governed by 8 U.S.C. § 1252.  We review for abuse of discretion the agency's

---

\*       This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

\*\*       The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

denial of a continuance. *Ahmed v. Holder*, 569 F.3d 1009, 1012 (9th Cir. 2009). We deny in part and dismiss in part the petition for review.

The agency did not abuse its discretion in denying Nijmeh's request for a continuance where Nijmeh failed to show good cause. *See* 8 C.F.R. § 1003.29; *Ahmed*, 569 F.3d at 1012-15. It follows that Nijmeh's due process claim fails. *See Lata v. INS*, 204 F.3d 1241, 1246 (9th Cir. 2000) (requiring error and substantial prejudice for a due process violation).

We lack jurisdiction to review the agency's discretionary determination that Nijmeh failed to show the requisite hardship for cancellation of removal. *See Martinez-Rosas v. Gonzales*, 424 F.3d 926, 930 (9th Cir. 2005).

**PETITION FOR REVIEW DENIED in part; DISMISSED in part.**